# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| KATHRYN JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-00798-DRL-SJF |
| ) | |
| FOREST RIVER, INC., ) | |
| ) | |
| Defendants. ) | |

## MEDIATOR'S FINAL REPORT TO THE COURT

COMES NOW Kevin K. Fitzharris, appointed mediator herein, and for his Report to the Court, pursuant to ADR Rule 2.7, states:

1. The parties, by counsel, submitted to a mediation session on December 19, 2024.

2. As a result of said mediation session, a final settlement was reached.

3. The appropriate dismissal documents will be filed in the near future.

4. The undersigned would like to thank the Court and/or counsel for selecting him to serve as the mediator!

BARRETT McNAGNY LLP

Dated: 12/20/2024

/s/ Kevin K. Fitzharris
Kevin K. Fitzharris, #15425-02
215 East Berry Street
P.O. Box 2263
Fort Wayne, IN 46801
T: (260) 423-9551
E-mail: kkf@barrettlaw.com

4415696

Copies to:

| | |
|---|---|
| Elizabeth Ahern Wells, Esq.<br>BURDGE LAW OFFICE, LPA<br>8250 Washington Village Drive<br>Dayton, OH  45458-1850 | John D. Papageorge, Esq.<br>TAFT STETTINIUS & HOLLISTER LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN  46204 |