IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
AT SOUTH BEND

| | |
|---|---|
| **KATHRYN JOHNSON** | CASE NO. 3:23-cv-00798-DRL-SJF |
| PLAINTIFF | |
| - VS. - | |
| FOREST RIVER, INC. | |
| DEFENDANT | NOTICE OF WITHDRAWAL OF COUNSEL, RONALD L. BURDGE |

---

Now come Ronald L. Burdge, of Burdge Law Office as co-counsel for Plaintiff Kathryn Johnson and hereby requests that the Court withdraw his appearance as counsel for Plaintiff. Elizabeth Ahern Wells remains as counsel for the Plaintiff.

BURDGE LAW OFFICE CO., LPA

By: /s/ Ronald L. Burdge
ELIZABETH AHERN WELLS (37460-49)
RONALD L. BURDGE
8250 Washington Village Drive
Dayton, Ohio 45458-1850
Telephone: 937.432.9500
Facsimile: 937.432.9503
Email: Ron@Burdgelaw.com
Attorneys for Plaintiff